No. 487. WATERS *v.* KINGS COUNTY TRUST CO. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Sidney S. Bobbe* for petitioner. *Mr. Louis J. Castellano* for respondent.

No. 489. JAMISON COAL & COKE CO. *v.* GOLTRA ET AL., EXECUTORS, ET AL. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. James C. Jones, Jr.* and *Lon O. Hocker* for petitioner. *Mr. Frank H. Fisse* for respondents.

No. 490. ERDMAN *v.* UNITED STATES ET AL. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Warner Pyne* for petitioner. *Messrs. Vernon Sims Jones* and *Walter X. Connor* for respondents.

No. 491. EDWARD J. GAY PLANTING & MANUFACTURING CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. C. J. Batter* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *A. F. Prescott* for respondent.

No. 493. IDAHO POTATO GROWERS, INC. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Oscar W. Worthurne*